BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
      E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MITCHELL R. SKIPWORTH, | ) No. 2:15-cv-00787-EFB (TEMP) |
|     Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR |
|     vs. | ) DEFENDANT'S FIRST EXTENSION |
| | ) OF TIME TO RESPOND TO |
| | ) PLAINTIFF'S MOTION FOR |
| CAROLYN W. COLVIN, Acting | ) SUMMARY JUDGMENT |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Motion for Summary Judgment be extended 28 days from February 29, 2016 to March 28, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

    This is Defendant's first request for an extension.  Defendant requests this extension due to workload demands as well as the fact that counsel will be out of the office on February 29, 2016 and March 9-17, 2016.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: February 26, 2016         By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: February 26, 2016         By: /s/ *Steven G. Rosales*
STEVEN G. ROSALES
Attorney for Plaintiff
(as approved by email on February 26, 2016)

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  March 2, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2